**Order filed, December 06, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00915-CV

_____

**RAY W. WARE, M.D., GUARDIAN FOR THE PERSON AND ESTATE OF ALAN KEITH WARE, Appellant**

**V.**

**MACARTHUR TOWNHOMES HOMEOWNERS ASSOCIATION BOARD OF DIRECTORS, Appellee**

---

**On Appeal from the 225th District Court
Bexar County, Texas
Trial Court Cause No. 2017CI20339**

---

## ORDER

The reporter's record in this case was due **October 22, 2018**. *See* Tex. R. App. P. 35.1. On October 24, 2018, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Maria E. Fattahi**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. Appellant's brief will be due 30 days after Mrs. Fattahi's portion is received and filed. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Maria E. Fattahi** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM